**SO ORDERED.**
**SIGNED this 28th day of June, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

EARVIN VEWEY CAMPBELL

Debtor

Case No. 3:15-bk-30398-SHB
Chapter 13

### O R D E R

In an Order entered on June 20, 2018, the Court directed that an appropriate order resolving the Motion to Approve Mortgage Loan Modification filed by Debtor on May 1, 2018 [Doc. 36], be uploaded to the Court's Electronic Case Filing system within five days.  Because no such order has been tendered and no extension has been sought, the Court presumes that Debtor no longer seeks the requested relief and directs that the Motion to Approve Mortgage Loan Modification is DENIED without prejudice.

###